Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings similar in all material respects to the merchandise involved in Abstract 57889, the claim of the plaintiff was sustained.

**No. 60094.**—W. X. Huber Company *v.* United States, protests 684879–G, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60095.**—W. X. Huber Co. *v.* United States, protests 759208–G, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60096.**—W. X. Huber Co. *v.* United States, protest 23441–K (B) (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60097.**—Carey & Skinner, Inc. *v.* United States, protest 169058–K (Buffalo).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 5, 1956

**No. 60098.**—John V. Carr & Son, Inc. *v.* United States, protest 272384–K (Detroit).

Opinion by EKWALL, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.